BYRON C. THOMPSON (SBN 85675)
**LAW OFFICES OF BYRON C. THOMPSON**
1714 Franklin Street, Suite 350
Oakland, CA 94612
Telephone: (510)835-1600
Facsimile: (510)835-2077

Attorney for Defendant
**AYMAN ELAHI**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 96CR300-EJG |
| Plaintiff, | **ORDER RELEASING LIEN ON PROPERTY** |
| v. | |
| AYMAN ELAHI, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the lien previously issued herein as a deed of trust for $10,000.00, recorded on or about June 10, 1999 in the County Recorder's Office in the County of Solano with regard to the property commonly known as 173 Rounds Street, Vallejo, California, and legally described as follows:

> Lot 260, as shown on the Map entitled: "Country Club Crest, Unit No. 3, Vallejo, Solano County, California", filed in the Office of the Recorder of Solano County, California on April 29, 1958 in Book 18 of Maps, at Page(s) 10.
>
> APN: 0068-181-220,

is hereby released and forever discharged.

Dated: 10/3/05

_____
Judge of the U.S. District Court
Eastern District of California